GEORGE STAVRIDES, Appellant, v. ARVILLA T. DUNN, Respondent.— Judgment of the County Court of Suffolk county reversed upon the law and a new trial ordered, costs to appellant to abide the event, upon the ground that the evidence presented a question of fact as to whether the defendant or her husband became

solely liable on the purchase of the coat. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.